**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 300 EAL 2016
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
JERRY RANSOME, :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.